# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**FILED**
CLERK U.S. DISTRICT COURT
FEB 19 2014
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

### NOTICE OF DOCUMENT DISCREPANCIES

To: ☒ U.S. District Judge / ☐ U.S. Magistrate Judge **Klausner**

From: **Marilyn Davis**, Deputy Clerk   Date Received: **February 18, 2014**

Case No.: **2:13-CV-5168-RGK (PJWx)**   Case Title: **Tammy Thomas v. Wells Fargo Dealer Services.**

Document Entitled: **Plaintiff's Notice of Motion and Motion for Reconsideration of Order Defendant's Motion to Compel Arbitration; Memorandum of Points and Authorities; Declaration of Tammy Thomas**

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

| | | |
|---|---|---|
| ☐ | Local Rule 5-4.1 | Documents must be filed electronically |
| ☐ | Local Rule 6-1 | Written notice of motion lacking or timeliness of notice incorrect |
| ☐ | Local Rule 7-19.1 | Notice to other parties of ex parte application lacking |
| ☐ | Local Rule 7.1-1 | No Certification of Interested Parties and/or no copies |
| ☐ | Local Rule 11-3.1 | Document not legible |
| ☐ | Local Rule 11-3.8 | Lacking name, address, phone, facsimile numbers, and e-mail address |
| ☐ | Local Rule 11-4.1 | No copy provided for judge |
| ☐ | Local Rule 11-6 | Memorandum/brief exceeds 25 pages |
| ☐ | Local Rule 11-8 | Memorandum/brief exceeding 10 pages shall contain table of contents |
| ☐ | Local Rule 15-1 | Proposed amended pleading not under separate cover |
| ☐ | Local Rule 16-7 | Pretrial conference order not signed by all counsel |
| ☐ | Local Rule 19-1 | Complaint/Petition includes more than 10 Does or fictitiously named parties |
| ☐ | Local Rule 56-1 | Statement of uncontroverted facts and/or proposed judgment lacking |
| ☐ | Local Rule 56-2 | Statement of genuine disputes of material fact lacking |
| ☐ | Local Rule 83-2.5 | No letters to the judge |
| ☐ | Fed. R. Civ. P. 5 | No proof of service attached to document(s) |
| ☒ | Other: | **Case Closed. Submitted for Judicial Determination.** |

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.

---

### ORDER OF THE JUDGE/MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☒ The document is to be filed and processed. The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk. Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.

**FEB 19 2014**
Date                                              U.S. District Judge / U.S. Magistrate Judge
                                                  **GARY KLAUSNER**

☐ The document is **NOT** to be filed, but instead **REJECTED**, and is ORDERED returned to counsel.* Counsel* shall immediately notify, in writing, all parties previously served with the attached documents that said documents have **not** been filed with the Court.

_____                          _____
Date                                              U.S. District Judge / U.S. Magistrate Judge

* The term "counsel" as used herein also includes any pro se party. See Local Rule 1-3.

COPY 1 -ORIGINAL-OFFICE   COPY 2 -JUDGE   COPY 3 -SIGNED & RETURNED TO FILER   COPY 4 -FILER RECEIPT

CV-104A (06/13)                NOTICE OF DOCUMENT DISCREPANCIES