1  SCOTT J. HYMAN (State Bar No. 148709)
   ERIC J. TROUTMAN (State Bar No. 229263)
2  DAVID A. BERKLEY (State Bar No. 260105)
   SEVERSON & WERSON
3  A Professional Corporation
   The Atrium
4  19100 Von Karman Avenue, Suite 700
   Irvine, California 92612
5  Telephone: (949) 442-7110
   Facsimile: (949) 442-7118
6
   MARK D. LONERGAN (State Bar No. 143622)
7  SEVERSON & WERSON
   A Professional Corporation
8  One Embarcadero Center, Suite 2600
   San Francisco, California 94111
9  Telephone: (415) 398-3344
   Facsimile: (415) 956-0439
10
   Attorneys for Defendant
11 WELLS FARGO DEALER SERVICES,
   A DIVISION OF WELLS FARGO
12 BANK, N.A. (erroneously sued as
   WELLS FARGO DEALER SERVICES);
13 and NADINE GARCIA

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION**

| | |
|---|---|
| TAMMY THOMAS,<br><br>          Plaintiff,<br><br>     vs.<br><br>WELLS FARGO DEALER SERVICES; NADINE GARCIA; AND DOES 1 through 10 Inclusive,<br><br>          Defendants. | Case No. 2:13-cv-05168 RGK (PJWx)<br>Hon. R. Gary Klausner<br>Ctrm. 850<br><br>**DECLARATION OF DAVID A. BERKLEY IN SUPPORT OF DEFENDANT WELLS FARGO BANK, N.A.'S OPPOSITION TO PLAINTIFF'S MOTION FOR RECONSIDERATION**<br><br>*[Filed concurrently with Wells Fargo's Opposition to Plaintiff's Motion for Reconsideration]*<br><br>Date:  March 17, 2014<br>Time: 9:00 A.M.<br>Ctrm: 850<br><br>Action Filed:  July 31, 2013<br>Trial Date:    None Set |

08999.0147/3135158.1

# DECLARATION OF DAVID A. BERKLEY

I, David A. Berkley, declare as follows:

1. I am an attorney at law licensed to practice in the State of California and an associate of the law firm of Severson & Werson, APC, counsel of record for Defendants Wells Fargo Dealer Services, a Division of Wells Fargo Bank, N.A. ("Wells Fargo") and Nadine Garcia ("Garcia") (collectively "Defendants") in the matter of *Tammy Thomas v. Wells Fargo Dealer Services, et al.*, CDCA Case No. 2:13-cv-05168 RGK (PJWx).  I make this Declaration in support of Wells Fargo's Opposition to Plaintiff Tammy Thomas' ("Plaintiff's") Motion for Reconsideration of the Court's October 1, 2013 Order granting Wells Fargo's Motion to Compel Arbitration.  Except where otherwise stated, I have personal knowledge of the facts stated in this declaration and could testify competently to them if called upon to do so.

2. Following the Court's October 1, 2013 ruling I spoke with Tammy Thomas where the parties agreed to use the American Arbitration Association ("AAA") as the alternative dispute resolution provider to handle the arbitration.

3. Pursuant to the AAA Consumer-Related Disputes Supplementary Procedures, the consumer (i.e. Plaintiff/Claimant) is obligated to pay a $200.00 filing fee in order to initiate her claim.  A true and correct copy to the AAA Consumer-Related Disputes Supplementary Procedures is attached hereto as Exhibit 1.

4. Despite the process outlined in the AAA Consumer-Related Disputes Supplementary Procedures , Plaintiff has yet to initiate the arbitration by filing her claim with AAA, pay the $200.00, or even request a fee waiver if applicable.

5. Although Wells Fargo does not believe the Plaintiff's AAA fees are unreasonable, Wells Fargo is willing to pay even the Plaintiff's portion of the fees to move things along.

1 | I declare under penalty of perjury under the laws of the State of California
2 | and the United States of America that the foregoing is true and correct.
3 | Executed on February 24, 2014, in Irvine, California.

*/s/ David Berkley*
David A. Berkley

# PROOF OF SERVICE

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is The Atrium, 19100 Von Karman Avenue, Suite 700, Irvine, CA 92612.

On February 24, 2014, I served true copies of the following document(s):

**DECLARATION OF DAVID A. BERKLEY IN SUPPORT OF DEFENDANT WELLS FARGO BANK, N.A.'S OPPOSITION TO PLAINTIFF'S MOTION FOR RECONSIDERATION**

on the interested parties in this action as follows:

| | |
|---|---|
| Tammy Thomas | Plaintiff, In Pro Per |
| 800 Linden Ave. #31 | (424) 288-1743 |
| Long Beach, CA 90813 | (562) 443-0929 |

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Severson & Werson's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 24, 2014, at Irvine, California.

*/s/ David A. Berkley*
David A. Berkley