SCOTT J. HYMAN (State Bar No. 148709)
sjh@severson.com
ERIC J. TROUTMAN (State Bar No. 229263)
ejt@severson.com
DAVID A. BERKLEY (State Bar No. 260105)
db@severson.com
SEVERSON & WERSON
A Professional Corporation
The Atrium
19100 Von Karman Avenue, Suite 700
Irvine, California 92612
Telephone: (949) 442-7110
Facsimile: (949) 442-7118

MARK D. LONERGAN (State Bar No. 143622)
mdl@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendants
WELLS FARGO DEALER SERVICES, A
Division of Wells Fargo Bank, N.A. (erroneously
sued as Wells Fargo Dealer Services); and
NADINE GARCIA

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| TAMMY THOMAS, | Case No. 2:13-cv-05168 RGK (PJWx) |
| Plaintiff, | Hon. R. Gary Klausner<br>Ctrm. 850 |
| vs. | [PROPOSED] JUDGMENT |
| WELLS FARGO DEALER SERVICES; NADINE GARCIA; AND DOES 1 through 10 Inclusive, | |
| Defendants. | Action Filed:  July 31, 2013 |

WHEREAS, the Court having entered its Order granting the Petition to Confirm and Denying the Petition to Vacate the January 30, 2015 Arbitration Award of American Arbitration Association Arbitrator Paul R. Fine in the above-entitled matter [Dkt. # 31], and having directed that judgment be entered in accordance therewith;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment be entered in favor of Defendants Wells Fargo Dealer Services, A Division of Wells Fargo Bank, N.A. (erroneously sued as Wells Fargo Dealer Services) ("Wells Fargo"); and Nadine Garcia ("Garcia") (collectively, "Defendants") and against Plaintiff Tammy Thomas ("Thomas") on each and every claim, allegation and cause of action asserted by Thomas against Defendants in Thomas's operative Complaint on file herein. Thomas shall take nothing by her claims against Defendants.

Further, judgment is entered in favor of Wells Fargo and against Thomas on Wells Fargo's Counterclaim against Thomas filed in accordance with the confirmed Arbitration Award before the AAA. Per the January 30, 2015 Final Arbitration Award, Thomas shall pay Defendants the sum of **$27,582.85.** Thomas shall, within ten (10) calendar days of the date of this Judgment, contact counsel for Wells Fargo to arrange for and turn over possession of the Vehicle (Vehicle Identification Number 3FAHPOHA2CR181463) to Wells Fargo. Wells Fargo shall thereafter cause the Vehicle to be sold at auction and the net auction proceeds shall be credited to the sum owed by Thomas under this judgement. Upon receipt of auction proceeds, Wells Fargo will notify the Court of the amount received and file a proposed amended judgment accordingly.

Thomas shall also pay Wells Fargo **$2,500.00** as reasonable attorneys' fees.

DATED: AUG 1 4 2015, 2015

HON. R. GARY KLAUSNER